

JaVonne M. Phillips, Esq. SBN 187474
Nancy Lee, Esq. SBN 272035
**McCarthy & Holthus, LLP**
411 Ivy Street
San Diego, CA 92101
Phone (877) 369-6122 Ext. 2761
Fax (619) 685-4811
nlee@mccarthyholthus.com

The following constitutes the order of the Court.
Signed: November 1, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Attorneys for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, its assignees and/or successors, by and through its servicing agent SN Servicing Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Bryant Luis Hammer<br>Leeanna Hammer,<br><br>      Debtors. | Case No. 14-52442 SLJ<br><br>Chapter 13<br><br>RS No.   NL-10992<br><br>**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date:   10/30/2018<br>Time:   10:30 AM<br>Ctrm:   3099<br>Place:   280 S. First Street<br>           San Jose, CA<br><br>Judge:   Stephen L. Johnson |

     The motion of U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, its assignees and/or successors, by and through its servicing agent SN Servicing Corporation, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Stephen L. Johnson. U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, appeared by and through its Attorney of

1           File No. CA-18-143762
Case No. 14-52442 SLJ
Order on Motion for Relief From Stay

Case: 14-52442   Doc# 56   Filed: 11/01/18   Entered: 11/01/18 13:53:10   Page 1 of 4

Record, McCarthy & Holthus, LLP by Nancy Lee, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that effective 12/07/2018, the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, its assignees and/or successors, by and through its servicing agent SN Servicing Corporation, in the real property commonly known as 9237 Dove Court, Gilroy, CA 95020.

IT IS FURTHER ORDERED that U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement that is approved by the court as not imposing an undue hardship on the debtor or a dependent of debtor.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED that the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that U.S. Bank Trust National Association as Trustee of Chalet Series III Trust may contact the Debtors to comply with California Civil Code Section 2923.5. U.S. Bank Trust National Association as Trustee of Chalet Series III Trust shall be

permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with the applicable nonbankruptcy law.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

NONE